*David Collin et al, Ex'rs* v. *Henry Collin et al.* J. G. FORBES, for complainants; J. R. LAWRENCE, for infant defendants. Decree declaring the construction of the will of the testator; with leave to either of the parties to apply for further directions from time to time. Costs to be paid out of the residuary fund by the executors, before distribution.